UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00466-D-1

| UNITED STATES OF AMERICA | **ORDER TO SEAL** |
|---|---|
| v. | |
| OMAR RASHARD MCFADDEN | |

On motion of the Defendant, and for good cause shown, it is hereby ORDERED that [DE 53] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 22 day of December, 2020.

JAMES C. DEVER III
United States District Judge