UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00466-D-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
| --- | --- |
| v. | |
| OMAR RASHARD MCFADDEN | |

On motion of the Defendant, and for good cause shown, it is hereby ORDERED that [DE 58] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __1__ day of ~~February~~ March, 2021.

JAMES C. DEVER III
United States District Judge