UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00466-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| OMAR RASHARD MCFADDEN | |

On motion of the Defendant, Omar Rashard McFadden, and for good cause shown, it is hereby ORDERED that **DE 76** be sealed until further notice by this Court.

IT IS SO ORDERED.

This  28  day of September, 2022.

_____
JAMES C. DEVER III
United States District Judge